# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNETH SMITH, | ) | |
| | ) | No. |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case Number of State Court |
| | ) | Conviction:  01 CF 363 |
| TARRY WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

## SEPARATE APPENDIX TO PETITION FOR WRIT OF *HABEAS CORPUS*

### VOLUME XII

David Jiménez-Ekman
Anne P. Ray
Katharine R. Ciliberti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654-3456
(312) 222-9350


*Attorneys for Petitioner*
*Kenneth Smith*

Dated:  January 13, 2015

**TABLE OF CONTENTS**

**APPENDIX**

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---|---|---|---|
| **Appellate Opinion** | | | |
| 1. | 5/29/2013 | Order – Appellate Court | 1 |
| **Common Law File** | | | |
| 2. | 5/14/2001 | Warrant Arrest (C000023) | 1 |
| 3. | 5/31/2001 | Bill of Indictment (C000031-C000041) | 1 |
| 4. | 2/1/2012 | Defendant's Motion to Admit Motive Evidence (C003809-C003827) | 1 |
| 5. | 2/15/2012 | Smith's Supplemental Objection to Testimony of Houghtaling (C003930-C003933) | 1 |
| 6. | 3/27/2012 | Defendant's Post-Trial Motion (C004103-C004129) | 1 |
| 7. | 4/26/2012 | Judgment - Sentence to Illinois Department of Correction (C004140) | 1 |
| **Report of Trial Proceedings** | | | |
| 8. | 6/18/2003 | Report of Proceedings (R000865-R001022) | 1 |
| 9. | 6/20/2003 | Report of Proceedings (R001282-R001497) | 2 |
| 10. | 6/23/2003 | Report of Proceedings (R001498-R001686) | 2 |
| 11. | 6/24/2003 | Report of Proceedings (R001687-R001874) | 3 |
| 12. | 8/13/2008 | Report of Proceedings (R002942-R003173) | 3 |
| 13. | 8/13/2008 | Report of Proceedings (R003267-R003548) | 4 |
| 14. | 8/15/2008 | Report of Proceedings (R004000-R004213) | 4 |
| 15. | 8/18/2008 | Report of  Proceedings(R004271-R004453) | 5 |
| 16. | 8/19/2008 | Report of Proceedings (R004461-R004741) | 5 |
| 17. | 2/9/2012 | Report of Proceedings (R005194-R005223) | 6 |
| 18. | 2/10/2012 | Report of Proceedings (R005224-R005245) | 6 |
| 19. | 2/14/2012 | Report of Proceedings (R005246-R005500) | 6 |
| 20. | 2/15/2012 | Report of Proceedings (R005501-R005748) | 7 |
| 21. | 2/16/2012 | Report of Proceedings (R005749-R006043) | 8 |
| 22. | 2/17/2012 | Report of Proceedings (R006044-R006257) | 9 |
| 23. | 2/21/2012 | Report of Proceedings (R006258-R006489) | 9 |
| 24. | 2/22/2012 | Report of Proceedings (R006490-R006680) | 10 |
| 25. | 2/23/2012 | Report of Proceedings (R006681-R006862) | 10 |
| 26. | 2/24/2012 | Report of Proceedings (R006863-R007004) | 11 |
| 27. | 2/27/2012 | Report of Proceedings (R007005-R007141) | 11 |
| 28. | 2/28/2012 | Report of Proceedings (R007142-R007146) | 11 |
| 29. | 2/29/2012 | Report of Proceedings (R007147-R007159) | 11 |
| **Trial Exhibits** | | | |
| 30. | | Photograph (People's Exhibit 1) | 12 |

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---------|------|-------------|----------|
| 31. | | Large Aerial Map - Clean (People's Exhibit 2) | 12 |
| 32. | | Large Aerial Map - Witness Trial Markings (People's Exhibit 2) | 12 |
| 33. | | Photograph (People's Exhibit 3) | 12 |
| 34. | | Photograph (People's Exhibit 4) | 12 |
| 35. | | Photograph (People's Exhibit 5) | 12 |
| 36. | | Photograph (People's Exhibit 6) | 12 |
| 37. | | Photograph (People's Exhibit 7) | 12 |
| 38. | | Photograph (People's Exhibit 8) | 12 |
| 39. | | Photograph (People's Exhibit 9) | 12 |
| 40. | | Photograph (People's Exhibit 10) | 12 |
| 41. | | Photograph (People's Exhibit 11) | 12 |
| 42. | | Photograph (People's Exhibit 12) | 12 |
| 43. | | Photograph (People's Exhibit 13) | 12 |
| 44. | | Photograph (People's Exhibit 14) | 12 |
| 45. | | Photograph (People's Exhibit 16) | 12 |
| 46. | | Photograph (People's Exhibit 17) | 12 |
| 47. | | Photograph (People's Exhibit 18) | 12 |
| 48. | | Photograph (People's Exhibit 19) | 12 |
| 49. | | Photograph (People's Exhibit 20) | 12 |
| 50. | | Photograph (People's Exhibit 21) | 12 |
| 51. | | Photograph (People's Exhibit 22) | 12 |
| 52. | | Photograph (People's Exhibit 23) | 12 |
| 53. | | Photograph (People's Exhibit 24) | 12 |
| 54. | | Photograph (People's Exhibit 25) | 12 |
| 55. | | Photograph (People's Exhibit 26) | 12 |
| 56. | | Photograph (People's Exhibit 27) | 12 |
| 57. | | Photograph (People's Exhibit 28) | 12 |
| 58. | | Photograph (People's Exhibit 29) | 12 |
| 59. | | Photograph (People's Exhibit 30) | 12 |
| 60. | | Photograph (People's Exhibit 31) | 12 |
| 61. | | Photograph (People's Exhibit 32) | 12 |
| 62. | | Photograph (People's Exhibit 33) | 12 |
| 63. | | Photograph (People's Exhibit 34) | 12 |
| 64. | | Photograph (People's Exhibit 35) | 12 |
| 65. | | Photograph (People's Exhibit 36) | 12 |
| 66. | | Photograph (People's Exhibit 37) | 12 |
| 67. | | Photograph (People's Exhibit 38) | 12 |
| 68. | | Photograph (People's Exhibit 39) | 12 |
| 69. | | Photograph (People's Exhibit 40) | 12 |
| 70. | | Photograph (People's Exhibit 41) | 12 |
| 71. | | Photograph (People's Exhibit 42) | 12 |
| 72. | | Photograph (People's Exhibit 43) | 12 |

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---------|------|-------------|----------|
| 73. | | Photograph (People's Exhibit 44) | 12 |
| 74. | | Photograph (People's Exhibit 45) | 12 |
| 75. | | Photograph (People's Exhibit 46) | 12 |
| 76. | | Photograph (People's Exhibit 47) | 12 |
| 77. | | Photograph (People's Exhibit 48) | 12 |
| 78. | | Photograph (People's Exhibit 49) | 12 |
| 79. | | Photograph (People's Exhibit 50) | 12 |
| 80. | | Photograph (People's Exhibit 51) | 12 |
| 81. | | Photograph - Clean  (People's Exhibit 52) | 12 |
| 82. | | Photograph - Trial Witness Markings (People's Exhibit 52) | 12 |
| 83. | | Photograph (People's Exhibit 53) | 12 |
| 84. | | Photograph (People's Exhibit 54) | 12 |
| 85. | | Photograph (People's Exhibit 55) | 12 |
| 86. | | Photograph (People's Exhibit 56) | 12 |
| 87. | | Photograph (People's Exhibit 57) | 12 |
| 88. | | Photograph (People's Exhibit 58) | 12 |
| 89. | | Photograph (People's Exhibit 59) | 12 |
| 90. | | Photograph (People's Exhibit 60) | 12 |
| 91. | | Photograph (People's Exhibit 61) | 12 |
| 92. | | Photograph (People's Exhibit 62) | 12 |
| 93. | | Photograph (People's Exhibit 63) | 12 |
| 94. | | Photograph (People's Exhibit 64) | 12 |
| 95. | | Photograph (People's Exhibit 65) | 12 |
| 96. | | Photograph (People's Exhibit 66) | 12 |
| 97. | | Photograph (People's Exhibit 67) | 12 |
| 98. | | Photograph (People's Exhibit 68) | 12 |
| 99. | | Photograph (People's Exhibit 72) | 12 |
| 100. | | Photograph (People's Exhibit 73) | 12 |
| 101. | | Photograph (People's Exhibit 74) | 12 |
| 102. | | Photograph (People's Exhibit 75) | 12 |
| 103. | | Photograph (People's Exhibit 76) | 12 |
| 104. | | Photograph (People's Exhibit 77) | 12 |
| 105. | | Photograph (People's Exhibit 79) | 12 |
| 106. | | Photograph - Clean (People's Exhibit 81) | 12 |
| 107. | | Photograph - Trial Witness Markings (People's Exhibit 81) | 12 |
| 108. | | Photograph (People's Exhibit 83) | 12 |
| 109. | | Photograph (People's Exhibit 84) | 12 |
| 110. | | Photograph (People's Exhibit 85) | 12 |
| 111. | | DVD of Cloud 9 Surveillance Video (People's Exhibit 86) | 12 |
| 112. | | Cassette Tape of 911 Call Recording (People's Exhibit 88) | 12 |

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---|---|---|---|
| 113. | | Agreed Stipulation of Evidence - Campos-Cruz (People's Exhibit 90) | 12 |
| 114. | | Agreed Stipulation of Evidence - Pechous (People's Exhibit 91) | 12 |
| 115. | | Birth Certificate (People's Exhibit 92) | 12 |
| 116. | | Handwritten Statement, dated 6/17/03 - Elizabeth Schwartz (People's Exhibit 93) | 12 |
| 117. | | Stipulation Testimony of Marcus Rodriguez (People's Exhibit 94) | 12 |
| 118. | | Demonstrative (Defendant's Exhibit 1) | 12 |
| 119. | | Demonstrative (Defendant's Exhibit 2) | 12 |
| 120. | | Demonstrative (Defendant's Exhibit 3) | 12 |
| 121. | | Demonstrative (Defendant's Exhibit 4) | 12 |
| 122. | | Demonstrative (Defendant's Exhibit 5) | 12 |
| 123. | | Demonstrative (Defendant's Exhibit 5 cont.) | 12 |
| 124. | | Handwritten Statement (Defendant's Exhibit 6) | 12 |
| 125. | | Photograph (Defendant's Exhibit 7) | 12 |
| 126. | | Photograph (Defendant's Exhibit 8) | 12 |
| 127. | | Photograph (Defendant's Exhibit 9) | 12 |
| 128. | | Photograph (Defendant's Exhibit 10) | 12 |
| 129. | | Demonstrative (Defendant's Exhibit 12) | 12 |
| 130. | | Photograph (Defendant's Exhibit 13) | 12 |
| 131. | | Photograph (Defendant's Exhibit 14) | 12 |
| 132. | | Photograph (Defendant's Exhibit 15) | 12 |
| 133. | | Photograph (Defendant's Exhibit 16) | 12 |
| 134. | | Drawing of Guns - Trial Witness Markings (Defendant's Exhibit 17) | 12 |
| 135. | | 5/12/2001 Police Report (Defendant's Exhibit 18) | 12 |
| 136. | | News Article (Defendant's Exhibit 19) | 12 |
| 137. | | Transcript of May 12, 2001 Interrogation of Houghtaling (Defendant's Exhibit 20) | 12 |
| 138. | | Audio CD of May 12, 2001 Interrogation of Houghtaling (Defendant's Exhibit 21) | 12 |
| 139. | | Ariel Map (Defendant's Exhibit 22) | 12 |
| 140. | | Susanne DeCicco Miranda Waiver - Quincy PD (Defendant's Exhibit 23) | 12 |
| 141. | | Vandermaiden Handwritten Statement (Defendant's Exhibit 24) | 13 |
| 142. | | DVD of November 2005 Quincy Police Interview of Susanne DeCicco (Defendant's Exhibit 25) | 13 |
| 143. | | Vandermaiden Quincy Report (Defendant's Exhibit 26) | 13 |
| 144. | | Interview Report/Transcript of Pardo-Ferral (Defendant's Exhibit 27) | 13 |
| 145. | | Interview Report/Transcript of Smith (Defendant's Exhibit 28) | 13 |

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---|---|---|---|
| 146. | | Report re Photo Array Shown to Pardo (Defendant's Exhibit 29) | 13 |
| 147. | | Photo Array Shown to Pardo (Defendant's Exhibit 30) | 13 |
| 148. | | Report re Interview of Cirrincione (Defendant's Exhibit 31) | 13 |
| 149. | | Susanne DeCicco Miranda Waiver - ISP (Defendant's Exhibit 32) | 13 |
| 150. | | DVD of January 2006 ISP Interview of Susanne DeCicco (Defendant's Exhibit 33) | 13 |
| 151. | | Stipulation of Testimony of Officer Wielgat (Defendant's Exhibit 34) | 13 |
| 152. | | 2001 Il SOS Photo of Adam Hiland (Defendant's Exhibit 35) | 13 |
| 153. | | Stipulation - Medical Records (Defendant's Exhibit 36) | 13 |
| 154. | | 2001 IL SOS Photo of Russell "Rusty" Levand (Defendant's Exhibit 37) | 13 |
| 155. | | Stipulation - Hiland and Levand Photos (Defendant's Exhibit 38) | 13 |
| 156. | | Stipulation of Testimony of Gary Wigman (Defendant's Exhibit 39) | 13 |
| 157. | | Demonstrative (Defendant's Exhibit 40) | 13 |
| 158. | | ISP Fired Bullet Worksheet (Defendant's Exhibit 41) | 13 |
| 159. | | Physical Evidence-Evidence Box containing Brummett. 22 Caliber Pistol - Barrel Photo (Defendant's Exhibit 42) | 13 |
| 160. | | Physical Evidence-Evidence Box containing Brummett. 22 Caliber Pistol -  Photo (Defendant's Exhibit 42) | 13 |
| 161. | | Physical Evidence-Evidence Box containing Brummett. 22 Caliber Pistol -  Photo (Defendant's Exhibit 42) | 13 |
| 162. | | ISP (Supplemental) Firearm Worksheet (Defendant's Exhibit 43) | 13 |
| 163. | | Stipulation of Testimony of James R. Mackie (Defendant's Exhibit 44) | 13 |
| 164. | | Stipulation of Testimony of Cynthia M. Cale  (Defendant's Exhibit 45) | 13 |
| 165. | | Autopsy Diagram - Clean (Defendant's Exhibit 46) | 13 |
| 166. | | Autopsy Diagram - Trial Witness Markings (Defendant's Exhibit 46) | 13 |
| 167. | | Gun Evidence Report (Defendant's Exhibit 49) | 13 |
| 168. | | Stipulation regarding Newspaper Articles (Defendant's Exhibit 50) | 13 |
| 169. | | Transcript of November 2005 Interview of Susanne DeCicco (Defendant's Exhibit 51) | 13 |
| 170. | | Transcript of January 2006 Interview of Susanne DeCicco (Defendant's Exhibit 52) | 13 |
| 171. | | Defendant's Closing Slides | 14 |
| **Appellate Briefs/Orders** | | | |
| 172. | 9/18/2012 | Brief of Appellant Kenneth Smith | 14 |

| EXHIBIT | DATE | DESCRIPTION | VOL. NO. |
|---------|------|-------------|----------|
| 173. | 1/28/2013 | Reply Brief of Appellant Kenneth Smith | 14 |
| **Appellate History** | | | |
| 174. | 5/13/2010 | Rule 23 Order ("Kenneth Smith II") - Appellate Court | 14 |
| 175. | 9/25/2013 | Order - Petition for Leave to Appeal (Case No. 116291) | 14 |
| 176. | 3/24/2014 | Order - Petition for Writ of Certiorari (Case No. 13-883) | 14 |

# EXHIBIT 30



# EXHIBIT 31





# EXHIBIT 32



# EXHIBIT 33



# EXHIBIT 34



# EXHIBIT 35

# EXHIBIT 36

# EXHIBIT 37



# EXHIBIT 38



# EXHIBIT 39



# EXHIBIT 40



# EXHIBIT 41



# EXHIBIT 42

