IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenneth Smith, K54173 | |
| Petitioner, | |
| v. | Case No. 1:15-cv-00271 |
| Tarry Williams, Warden, Stateville Correctional Center, | The Honorable Andrea R. Wood |
| Respondent. | |

### REQUEST FOR STATUS REPORT

Petitioner Kenneth Smith, through his counsel Jenner & Block LLP, respectfully requests a status report pursuant to Civil Local Rule 78.5. In support of this request, Petitioner states as follows:

1.    Mr. Smith filed a petition for writ of *habeas corpus* in the Northern District of Illinois on January 13, 2015. (Dkt. 1.) His case was assigned to the Honorable Andrea R. Wood that same day.

2.    On August 8, 2015, Respondent filed an answer to Mr. Smith's *habeas* petition. (Dkt. 28.)

3.    On September 8, 2015, Mr. Smith filed a reply to Respondent's answer, as well as a motion for oral argument. (Dkts. 30-31.)

4.    On September 15, 2015, the Court entered a minute entry stating that "Petitioner's motion for oral argument [31] is taken under advisement" and that "[t]he Court will review the briefing and advise the parties whether it desires oral argument as soon as practicable." (Dkt. 33.)

5.    On September 19, 2016, the Court denied Mr. Smith's motion for oral argument and indicated that the Court would rule on the papers. (Dkt. 34.) No further status dates have been set and the Court has not issued a decision.

6.      Civil Local Rule 78.5 states that a party may "request the clerk to report on the status of any motion on file for at least seven months without a ruling or on file and fully briefed for at least sixty days." Civ. L. R. 78.5.

7.      Mr. Smith's petition for *habeas corpus*, in which he seeks immediate release from prison, has been on file and fully briefed for two years as of the date of this request, September 8.

8.      Mr. Smith thus respectfully requests a status report pursuant to Civil Local Rule 78.5.


September 8, 2017                                    Respectfully submitted,

                                                    KENNETH SMITH

                                                    By: One Of His Attorneys

                                                    */s/ David Jiménez-Ekman*

                                                    David Jiménez-Ekman, Bar No. 6210519
                                                    Anne P. Ray, Bar No. 6291910
                                                    Katharine R Ciliberti, Bar No. 6308753
                                                    Jory M. Hoffman, Bar No. 6313054
                                                    JENNER & BLOCK LLP
                                                    353 N. Clark Street
                                                    Chicago, IL 60654-3456
                                                    Telephone:  312-222-9350
                                                    Facsimile:  312-527-0484

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on September 8, 2017, I electronically filed Petitioner's **Request for Status**

**Report** with the clerk of the United States District Court for the Northern District of Illinois,

Eastern Division, using the CM/ECF system, which will send notice to the following CM/ECF

users:

**Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph – 12 Floor
Chicago, IL 60601
NDILECF@atg.state.il.us

**Brian McLeish**
Illinois Office of the Attorney General
100 W. Randolph St.
Chicago, IL 60601
bmcleish@atg.state.il.us

*/s/ Jory M. Hoffman*
Jory M. Hoffman, Bar No. 6313054
Jenner & Block, LLP
353 North Clark Street
Chicago, IL 60654